UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

       v.                                  Case No.  06-cr-157-01-SM

Chad Ramish

O R D E R

Defendant Ramish's motion to continue the final pretrial conference and trial is granted (document 14).   Trial has been rescheduled for the September 2007 trial period.   Defendant Ramish shall file a waiver of speedy trial rights not later than May 24, 2007.   On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:**  August  24, 2007 at  11:30 a.m.

**Jury Selection**:  September  5,  2007 at 9:30 a.m.

SO ORDERED.

/s/ Steven J. McAuliffe
Steven J. McAuliffe
Chief Judge

May 16, 2007

cc: Jeffrey Levin, Esq.
    Jennifer Davis, AUSA
    US Probation
    US Marshal